1048

THE STATE OF WASHINGTON, *Respondent*, v. E.G.-S., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-8-01569-8, Helen Halpert, J., entered October 26, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Dwyer, JJ.

*In the Matter of the Dependency of* S.J.E.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. STEPHEN L. CZAPLA, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 11-7-00094-4, Ira Uhrig, J., entered October 31, 2011. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Dwyer, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. DARIAN DOWNING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-8-01770-4, Michael J. Trickey, J., entered November 15, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Dwyer, JJ.

HENRY DRAGT ET AL., *Appellants*, v. DRAGT/DeTRAY, LLC, ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for Thurston County, No. 04-2-01956-4, Richard D. Hicks, J., entered December 4, 2009. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, J.; Penoyar, J., dissenting.